JOHN E. ANDRUS, Respondent, *v.* THE NATIONAL SUGAR REFINING COMPANY et al., Appellants.

*Andrus* v. *National Sugar Refining Co.*, 93 App. Div. 377, affirmed.
(Argued January 12, 1906; decided January 30, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered

May 7, 1904, modifying, and affirming as modified, a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Ralph E. Prime* and *Charles C. Paulding* for appellants.

*Isaac N. Mills* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER and HISCOCK, JJ. Not sitting: WILLARD BARTLETT, J.